**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     *In re Kenneth Higby, M.D.*

Appellate case number:   01-11-00946-CV

Trial court case number:   08-DCV-166064

Trial court:                  268th District Court of Fort Bend County

Date motion filed:          September 20, 2013

Party filing motion:        Real Party in Interest

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
                        ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Keyes, Sharp, and Massengale

Date:  November 19, 2013